FILED
United States Court of Appeals
Tenth Circuit

February 17, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

RICARDO DE JESUS CISNEROS,

    Petitioner - Appellant,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, et al.,

    Respondents - Appellees.

No. 26-4015
(D.C. No. 2:25-CV-01170-HCN)
(D. Utah)

---

## ORDER

---

    This matter is before the court on Appellant's *Motion to Expedite Appeal*. Appellant has already filed his opening brief and appendix. He asks the court to establish an expedited briefing schedule for the response and reply briefs. Appellant also asks the court to advance this matter on the docket and, if appropriate, set argument at the earliest practicable date. The court notes that Appellant has requested argument in his opening brief. Setting an appeal for oral argument can impact the court's ability to expedite a case.

    Upon consideration, the motion is denied without prejudice to renewal with a proposed briefing schedule. Any renewed motion shall include Appellees' position with regard to the proposed briefing schedule. Any renewed motion shall also address whether

Appellant is willing to waive oral argument, which can facilitate the court's ability to expedite a case.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        by: Jane K. Castro
                                             Chief Deputy Clerk