FILED
**United States Court of Appeals**
**Tenth Circuit**

**April 2, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

RICARDO DE JESUS CISNEROS,

     Petitioner - Appellant,

v.

MARKWAYNE MULLIN*, in his official capacity as Secretary of the Department of Homeland Security, et al.,

     Respondents - Appellees.

_____

RIGOBERTO SANTILLAN QUIROZ,

     Petitioner - Appellant,

v.

MARKWAYNE MULLIN*, et al.,

     Respondents - Appellees.

----------------------------

IMMIGRATION LAW SCHOLARS, et al.,

     Amici Curiae.

No. 26-4015
(D.C. No. 2:25-CV-01170-HCN)
(D. Utah)

No. 26-6019
(D.C. No. 5:25-CV-01349-PRW)
(W.D. Okla.)

_____

**ORDER**
_____

_____

   * Markwayne Mullin is substituted for Kristi Noem pursuant to Fed. R. App. P. 43(c)(2).

These matters are before the court on the Appellants' motions to consolidate these two appeals and enter a proposed briefing schedule, on Appellees' response thereto, and on Appellant Cisneros's reply.

At the specific direction of the panel of judges assigned to hear oral argument in Appeal No. 26-4015 on May 12, 2026, the motions are granted in part as follows.

The appeals will be submitted to the same panel of the court for consideration. Appeal No. 26-6019 will be set for argument on May 12, 2026.

The appeals will be briefed separately. Appeal No. 26-4015 will be briefed according to the schedule set by the court on March 16, 2026. Appellant's reply brief remains due April 10, 2026.

Briefing in Appeal No. 26-6019 will be expedited. Appellees shall file their response brief on or before April 6, 2026. Appellant Santillan Quiroz shall file his reply brief on or before April 10, 2026. Extensions of this briefing schedule will not be granted.

The request to consolidate the appeals is denied.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
     Chief Deputy Clerk

2