**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

RICARDO DE JESUS CISNEROS,

    Petitioner - Appellant,

v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the Department of
Homeland Security, et al.,

    Respondents - Appellees.

No. 26-4015
(D.C. No. 2:25-CV-01170-HCN)
(D. Utah)

_____

**ORDER**
_____

Upon the court's own motion, this matter will be submitted on the briefs. After

examination of the briefs and record in the captioned appeal, the three judges to whom

this case is assigned are unanimously of the opinion that oral argument is not needed.

The court orders this matter submitted for disposition on the briefs pursuant to Fed. R.

App. P. 34(a)(2) and 10th Cir. R. 34.1(G). All counsel scheduled to appear are excused

from attendance at oral argument on May 12, 2026 in Denver, Colorado.


           Entered for the Court


           Per Curiam